IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 7:24CV00353 |
| ) | |
| JOHN TED GLICK, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE
REPLY TO PLAINTIFF'S COMPLAINT**

On this day came counsel for Defendants John Ted Glick and Jane Califf and moved the Court for an extension until July 11, 2024, as their deadline to file their reply to Plaintiff's Complaint.

Having considered the Defendants' motion, the Court finds it supported by good cause.

Accordingly, it is ORDERED that Defendants' Unopposed Motion for Extension of Time to File Reply to Plaintiff's Plaintiff's Complaint is GRANTED and Defendants shall have until July 11, 2024, to file their reply.

Entered:_____

_____
United States District Judge