CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 02, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 7:24-cv-00353 |
| JOHN TED GLICK, | ) |
| and | ) |
| JANE CALIFF, | ) |
| Defendants. | ) |

## ORDER EXTENDING DEFENDANTS' DEADLINE
## TO FILE REPLY BRIEF

This 2nd day of August, 2024, came counsel for defendants John Ted Glick and Jane Califf and moved the court for an extension until August 5, 2024, as their deadline to file their reply brief in support of their Motion to Dismiss.

Having considered the defendants' motion, the court finds it supported by good cause.

Accordingly, it is ORDERED that the defendants' Unopposed Motion for Extension of Time to File Reply Brief is GRANTED and defendants shall have until August 5, 2024 to file their reply brief.

Entered: August 2, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge