No. 7:24-cv-00353-EKD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Mountain Valley Pipeline, LLC,

*Plaintiff*,

v.

Glick, *et al.*,

*Defendants*.

Motion to Withdraw as Counsel

Intervenor the Commonwealth of Virginia hereby respectfully requests that Erika L. Maley be withdrawn as counsel of record. Good cause exists as Ms. Maley is leaving the Virginia Office of the Attorney General. Intervenor will continue to be represented in this case by Graham K. Bryant and other attorneys from the Office of the Attorney General.

Respectfully submitted,

By: */s/ Erika L. Maley*

1

|  |  |
|---|---|
|  | Erika L. Maley |
| JASON S. MIYARES<br>*Attorney General* | Graham K. Bryant<br>Michael Dingman<br>  *Deputy Solicitors General*<br><br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-5315 – Telephone<br>(804) 371-0200 – Facsimile |

### CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

<u>/s/ Erika L. Maley</u><br>
Erika L. Maley